# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| QUINTEZ TALLEY | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| CO IONATA, CO ROBERTSON, CO COSTANZO, CO HARROR, SGT. BROWN, LT TAYLOR, J. YODIS, JOHN WETZEL, PA DEPARTMENT OF CORRECTIONIS, UNKNOWN CORRECTIONAL OFFICERS, CHIEF SAFETY AND ENVIRONMENTAL PROTECTION DIVISION and SCI GRATERFORD'S (CISM) CORRECTIONS INSTITUTIONAL SAFETY MANAGER | : | NO. 19-1723 |

## ORDER

**NOW**, this 4th day of September, 2019, upon consideration of plaintiff's Motion for Reconsideration (Document No. 8), it is **ORDERED** that the motion is **DENIED.**

/s/ TIMOTHY J. SAVAGE J.