# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTEZ TALLEY | : CIVIL ACTION |
| v. | : |
| CO IONATA, CO ROBERTSON, CO COSTANZO, CO HARROR, SGT. BROWN, LT TAYLOR, J. YODIS, JOHN WETZEL, PA DEPARTMENT OF CORRECTIONIS, UNKNOWN CORRECTIONAL OFFICERS, CHIEF SAFETY AND ENVIRONMENTAL PROTECTION DIVISION and SCI GRATERFORD'S (CISM) CORRECTIONS INSTITUTIONAL SAFETY MANAGER | : : : : : : : : : : NO. 19-1723 |

## ORDER

**NOW**, this 19th day of February, 2020, upon consideration of the Defendants' Motion to Dismiss (Document No. 15) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED**.

/s/ TIMOTHY J. SAVAGE J.