IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QUINTEZ TALLEY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CO IONATA, CO ROBERTSON, CO COSTANZO, CO HARROR, SGT. BROWN, LT TAYLOR, J. YODIS, JOHN WETZEL, PA DEPARTMENT OF CORRECTIONIS, UNKNOWN CORRECTIONAL OFFICERS, CHIEF SAFETY AND ENVIRONMENTAL PROTECTION DIVISION and SCI GRATERFORD'S (CISM) CORRECTIONS INSTITUTIONAL SAFETY MANAGER** | : : : : : : : : : : | **NO. 19-1723** |

## ORDER

**NOW**, this 22nd day of July, 2020, upon consideration of the Motion to Alter or Amend a Judgment (Document No. 39), it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.